IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  09-cv-02091-AP

KELLIE ANN SAUM,

               Plaintiff,

v.

MICHAEL ASTRUE,
Commissioner of Social Security,

               Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES:**

For Plaintiff:

ANN J. ATKINSON
Attorney at Law
7960 S. Ireland Way
Aurora, CO 80016-1904
Tele: 303-680-1881
Fax: 303-680-7891
AtkinsonAJ@aol.com

For Defendant:

DAVID M. GAOUETTE,
Acting United States Attorney
District of Colorado

KEVIN TRASKOS,
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado
1225 - 17th St., #700
Denver, CO 80202
Tele: 303-844-7278
Fax: 303-844-0770
Kevin.traskos@usdoj.gov

THOMAS KRAUS,
Special Assistant U.S. Attorney
1961 Stout St., #1001A
Denver, CO 80294
303-844-0017
tom.kraus@ssa.gov

## 2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3.  DATES OF FILING OF RELEVANT PLEADINGS

**A.  Date Complaint was filed:**      September 2, 2009

**B.  Date Complaint was served on U.S. Attorney's office:**  September 8, 2009.

**C.  Date Answer and Administrative Record were filed:**  November 9, 2009.

## 4.  STATEMENT REGARDING THE ADEQUACY OF THE RECORD:

The Administrative Record appears to be complete.

## 5.  STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties do not anticipate submitting additional evidence.

## 6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES.

There are no unusual claims or defenses in this case.

## 7.  OTHER MATTERS

There are no other matters to bring to the Court's attention.

## 8.  BRIEFING SCHEDULE

**A.**     **Plaintiff's Opening Brief due:**      December 31, 2009

**B.**     **Defendant's Response Brief due:**       January 29, 2010

**C.**     **Plaintiff's Reply Brief (if any) due:** February 19, 2010

## 9. STATEMENTS REGARDING ORAL ARGUMENT

**A.    Plaintiff's statement**:

Plaintiff does not request oral argument.

**B.    Defendant's statement**

Defendant does not request oral argument.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

**A.    (   )  All parties have consented to the exercise of jurisdiction by a United States Magistrate Judge.**

**B.    ( X  ) All parties have NOT consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEY'S OF RECORD, AND ALL *PRO SE* PARTIES.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>*.

DATED this 24th  day of _November, 2009.

BY THE COURT

<u>**s/John L. Kane**</u>
U.S. DISTRICT COURT JUDGE

APPROVED:

UNITED STATES ATTORNEY

<u>/s *Ann J. Atkinson*</u>
Ann J. Atkinson, Attorney at Law
7960 South Ireland Way

s/*Thomas Kraus*
By: Thomas Kraus, Esq.
Special Assistant U.S. Attorney

Aurora, CO 80016-1904
Tele: 303-680-1881
Fax: 303-680-7891
Email: AtkinsonAJ@aol.com

1961 Stout Street, #1001
Denver, CO 80294
Tele: 303-844-0017
Fax: 303-844-0770
Email: tom.kraus@ssa.gov